# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADON WISE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AUTOMOTIVE CREDIT CORP., et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01494 -DAD - JLT<br><br>ORDER CLOSING THE ACTION AS TO TRANS UNION LLC<br><br>(Doc. 29) |

On February 6, 2019, Adon Wise and Defendant Trans Union, LLC stipulated to the dismissal of all claims against Trans Union, LLC. (Doc. 29) The stipulation was not signed by the attorneys for the other defendants. Accordingly, the Court will direct the action closed as to Trans Union but will not dismiss the action as to Trans Union absent a stipulation signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii) Accordingly, the Court **DIRECTS** the action closed as to Trans Union, LLC.

IT IS SO ORDERED.

Dated: **February 8, 2019**　　　　　　**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE