**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADON WISE, | ) Case No.: 1:18-cv-01494 -DAD - JLT |
| Plaintiff, | ) <br> ) ORDER STRIKING THE STIPULATION <br> ) SEEKING TO DISMISS THE ACTION AS TO |
| v. | ) EXPERIAN INFORMATION SOLUTIONS, INC. |
| AUTOMOTIVE CREDIT CORP., et al., | ) <br> ) (Doc. 31) |
| Defendants. | ) <br> ) |

On April 29, 2019, Adon Wise and Experian Information Solutions, Inc. stipulated to the dismissal of all claims against Experian Information Solutions, Inc. (Doc. 31) The stipulation was not signed by the attorneys for the other defendants. Fed. R. Civ. P. 41(a)(1)(A)(ii). This is the second time the Court has alerted the plaintiff that he *must* obtain a signature from all parties who have appeared to comply with Fed. R. Civ. P. 41(a)(1)(A)(ii). (*See* Doc. 30) Accordingly, the Court **STRIKES** the stipulation (Doc. 31).

IT IS SO ORDERED.

Dated: __**April 30, 2019**__              __**/s/ Jennifer L. Thurston**__
                                                             UNITED STATES MAGISTRATE JUDGE