UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADON WISE,** | Case No. 1:18-cv-01494-DAD-JLT |
| Plaintiff, | **ORDER CLOSING THE CASE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| v. | |
| **AUTOMOTIVE CREDIT CORPORATION, et al.,** | (Doc. 34) |
| Defendants. | |

The parties have stipulated to dismissing the action with prejudice as to Experian Information Solutions, Inc. only. (Doc. 34) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court because it "automatically terminate[d] the action." <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action as to Experian Information Solutions, Inc. only.

IT IS SO ORDERED.

   Dated: **May 3, 2019**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE