UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADON WISE,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**AUTOMOTIVE CREDIT CORPORATION, et al.,**<br><br>　　　　　　**Defendants.** | Case No. 1:18-cv-01494-DAD-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>(Doc. 33) |

The plaintiff reports the parties have come to terms of settlement. (Doc. 33) He indicates he will seek dismissal of the action soon. Id. at 2. Thus, the Court **ORDERS**:

　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than July 1, 2019**;

　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　　Dated:　**May 3, 2019**　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE