# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADON WISE,<br><br>        Plaintiff,<br><br>      v.<br><br>AUTOMOTIVE CREDIT CORP., et al.,<br><br>        Defendants. | **Case No.:** 1:18-cv-01494 -DAD - JLT<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE STIPULATED MOTION TO DISMISS<br>(Doc. 37) |

Based upon the stipulation of the parties, the Court **ORDERS** that the time for filing the stipulated dismissal is extended to July 31, 2019.

IT IS SO ORDERED.

    Dated: __**July 1, 2019**__                    __**/s/ Jennifer L. Thurston**__
                                                                              UNITED STATES MAGISTRATE JUDGE