1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| ADON WISE, | **Case No.:** 1:18-cv-01494 DAD JLT |
| Plaintiff, | ORDER CLOSING THE ACTION<br>(Doc. 41) |
| v. | |
| AUTOMOTIVE CREDIT CORP., et al., | |
| Defendants. | |

17    The parties have settled their case and have stipulated to the action being dismissed with

18  prejudice and with each side to bear their own fees and costs.  (Doc. 41) The Federal Rules of Civil

19  Procedure Rule 41 makes such stipulations effective immediately with further order of the Court.

20  Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d]

21  the action."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of

22  Court is DIRECTED to close this action and the motion to withdraw as attorney (Doc. 39) is terminated

23  as MOOT.

24

25  IT IS SO ORDERED.

26    Dated:  __**August 28, 2019**__            _____**/s/ Jennifer L. Thurston**_____
                                                    UNITED STATES MAGISTRATE JUDGE

27
28